AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newman, Jon O. | U.S. Court of Appeals for the Second Circuit | 08/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge senior status | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2017 to 12/31/2017 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Corporator | Hartford Hospital |
| 2. | Corporator | Institute of Living |
| 3. | Elector | Hartford Atheneum |
| 4. | Life Regent | University of Hartford |
| 5. | Trustee | No. 1 Famly Trust (assets listed in Part VII, lines 109-132 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 10/20/17 | William S. Hein & Co. royalty | $509.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale University | Sept. 16-19, 2017 | New Haven, CT | attend Global Constitutional Seminar | breakfasts and parking three days |
| 2. | Robert H. Jackson Center | Aug. 13. 16, 2017 | Jamestown, NY | deliver Robert H. Jackson Lecture at Chautauqua | round trip airfare New York City to Buffalo, NY |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Yale University | three nights lodging, lunches, and dinners at Global Constitutional semina | $900.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank accounts and cash (H): | | | | | | | | | |
| 2. Bank of America Sarasota FL | A | Interest | M | T | | | | | |
| 3. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 4. Morgan Stanley account (H): | | | | | | | | | |
| 5. Morgan Stanley Active Assets Tax Free Trust | E | Interest | P1 | T | | | | | |
| 6. stocks (H): | | | | | | | | | |
| 7. Adient | A | Dividend | K | T | | | | | |
| 8. Air Products | C | Dividend | M | T | | | | | |
| 9. Cisco | B | Dividend | L | T | | | | | |
| 10. Cummins | C | Dividend | M | T | | | | | |
| 11. Devon Energy | B | Dividend | L | T | | | | | |
| 12. Express Scripts | | None | M | T | | | | | |
| 13. Johnson and Johnson | C | Dividend | M | T | | | | | |
| 14. Johnson Control Intl | B | Dividend | M | T | | | | | |
| 15. Merck | D | Dividend | M | T | | | | | |
| 16. Microsoft | B | Dividend | L | T | | | | | |
| 17. Minnesota Miniing and Manufacturing | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royal Dutch Shell | D | Dividend | M | T | | | | | |
| 19. Total Fina | D | Dividend | M | T | | | | | |
| 20. Versum | A | Dividend | K | T | Buy (add'l) | 07/31/17 | J | | |
| 21. mutual funds and exchange-traded funds (H): (see note Part VIII) | | | | | | | | | |
| 22. Calamos Growth & Income C Fund | D | Distribution | M | T | | | | | |
| 23. Dreyfus Premier Technology Fund | A | Distribution | K | T | | | | | |
| 24. Fed Max Cap Fund | B | Distribution | K | T | | | | | |
| 25. Invesco Balanced Risk Alloc. C Fund | B | Distribution | L | T | | | | | |
| 26. Janus Henderson Int'l Op. Fund (see note Part VIII) | A | Dividend | K | T | | | | | |
| 27. Mainstay Large Cap Fund | B | Dividend | K | T | | | | | |
| 28. Oppenheimer Mid Cap Revenue Fund | A | Dividend | L | T | | | | | |
| 29. Oppenheimer Roch AMT Free MU C Fund | A | Int./Div. | L | T | Buy | 05/29/17 | L | | |
| 30. Oppenheimer Small Cap Revenue Fund | A | Dividend | L | T | | | | | |
| 31. Prudential Jennison Small Cap Cl C Fund | C | Distribution | K | T | | | | | |
| 32. Schwab 1000 Fund | B | Distribution | L | T | | | | | |
| 33. SPDR Barcap Short Term Hi Yield Fund | B | Dividend | K | T | | | | | |
| 34. bonds (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bay County FL. School Board '19 4.25 | C | Interest | | | Redeemed | 07/03/17 | L | | |
| 36. Bound Brook NJ '21 4.0 | B | Interest | L | T | | | | | |
| 37. Clark Cty Nev. '21 5.0 | B | Interest | L | T | | | | | |
| 38. CT Health & Ed. '19 5.0 | A | Interest | L | T | | | | | |
| 39. Dallas Tex '17 5.0 | B | Interest | | | Matured | 02/15/17 | K | | |
| 40. Danbury CT. '19 2.5 | B | Interest | L | T | | | | | |
| 41. Davenport Iowa '21 2.0 | B | Interest | L | T | Buy | 02/23/17 | L | | |
| 42. Duncanville TX '18 0 | | None | K | T | | | | | |
| 43. Harris Cnty TX '22 30 | B | Interest | L | T | Buy | 06/02/17 | L | | |
| 44. Hawaii G.O. '18 4.0 | A | Interest | L | T | | | | | |
| 45. Jackson County '18 4.0 | B | Interest | L | T | | | | | |
| 46. Kenton Cnty KY '20 2.0 | A | Interest | L | T | Buy | 02/23/17 | K | | |
| 47. LaPorte Ind | A | Interest | L | T | | | | | |
| 48. Lee County School Bd. '17 4.0 | B | Interest | | | Sold | 08/01/17 | K | | |
| 49. Mich St Strat. '20 5.0 | C | Interest | M | T | | | | | |
| 50. Northern Mun. Pwr Agy Minn '17 5.0 | B | Interest | | | Matured | 01/03/17 | K | | |
| 51. N.Y. Housing Develop. '18 2.25 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oxford Mass G.O. '19 2.0 | A | Interest | L | T | | | | | |
| 53. Palm Beach Cty FL '27 4.375 | B | Interest | | | Redeemed | 11/01/17 | L | | |
| 54. Penn. Higher Ed. | A | Interest | L | T | | | | | |
| 55. Penn Pub. School '18 5.0 | B | Interest | | | Redeemed | 05/01/17 | K | | |
| 56. Phoenix Ariz '19 3.0 | A | Interest | L | T | Buy | 02/23/17 | K | | |
| 57. Peoria IL Pub. Bldg. '21 0.0 | | None | K | T | Buy | 08/18/17 | K | | |
| 58. South Amboy NJ '22 4.0 | A | Interest | L | T | Buy | 06/02/17 | L | | |
| 59. Spokane Wash. '20 5.0 | B | Interest | L | T | | | | | |
| 60. Tampa Bay FL. Water '18 5.0 | B | Interest | L | T | | | | | |
| 61. West Wildwood, NJ -21 3.0 | | None | L | T | Buy | 08/18/17 | L | | |
| 62. Wells Fargo Account (H): | | | | | | | | | |
| 63. Wells Fargo Advisors, Sarasota FL Money Market Acct | A | Interest | J | T | | | | | |
| 64. stocks (H): | | | | | | | | | |
| 65. Aflac | A | Dividend | J | T | | | | | |
| 66. AT&T | A | Dividend | J | T | | | | | |
| 67. Amgen | A | Dividend | J | T | | | | | |
| 68. Apple | A | Dividend | J | T | Donated (part) | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Berkshire Hathaway | | None | J | T | | | | | |
| 70. Cisco (See note part VIII) | | None | J | T | Sold | 08/18/17 | J | A | |
| 71. | | | | | Buy | 12/20/17 | J | | |
| 72. Colgate-Palmolive | A | Dividend | J | T | | | | | |
| 73. Dow Chemical | A | Dividend | J | T | | | | | |
| 74. ExxonMobil | A | Dividend | J | T | | | | | |
| 75. General Electric | A | Dividend | | | Sold (part) | 07/31/17 | J | A | |
| 76. | | | | | Sold | 08/15/17 | J | A | |
| 77. General Mills | A | Dividend | J | T | | | | | |
| 78. Home Depot | A | Dividend | J | T | | | | | |
| 79. Illinois Tool Works | A | Dividend | J | T | | | | | |
| 80. Intel | A | Dividend | J | T | | | | | |
| 81. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 82. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 83. Kimberly-Clark | A | Dividend | J | T | | | | | |
| 84. Merck | A | Dividend | J | T | | | | | |
| 85. Minnesota Mining & Manufacturing | A | Dividend | J | T | Buy | 03/19/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nextera EnergyNextera Energy | A | Dividend | J | T | | | | | |
| 87. Pfizer | A | Dividend | J | T | | | | | |
| 88. Procter & Gamble | A | Dividend | J | T | | | | | |
| 89. Raytheon | A | Dividend | J | T | Buy | 08/15/17 | J | | |
| 90. UGI Corp. | A | Dividend | | | Sold | 03/07/17 | J | C | |
| 91. US Bancorp | A | Dividend | J | T | | | | | |
| 92. Verizon | A | Dividend | J | T | Buy (add'l) | 07/31/17 | J | | |
| 93. Merrill Edge Account (H) | | | | | | | | | |
| 94. Merrill Lynch direct deposit program | | None | J | T | | | | | |
| 95. ETF and Mutual Funds (H) | | | | | | | | | |
| 96. AB Large Capital Growth Fund | A | Distribution | K | T | Buy | 01/18/17 | J | | |
| 97. Ishares core S&P small cap etf fund | A | Dividend | K | T | | | | | |
| 98. Ishares S&P small cap 600 growth fund | A | Dividend | K | T | | | | | |
| 99. Janus Henderson Enterprise Fund | A | Dividend | K | T | Buy | 01/18/17 | K | | |
| 100. Powershares QQQ Trust Units Ser. 1 Fund | A | Dividend | K | T | | | | | |
| 101. Vanguard Mid-Cap Value Index Fund | A | Dividend | K | T | | | | | |
| 102. stocks (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Apple Inc. | A | Dividend | K | T | | | | | |
| 104. Other (H): | | | | | | | | | |
| 105. 1/2 Int. W. Htfd. CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 106. Thames & Hudson Royalty Contract | A | Royalty | J | W | | | | | |
| 107. AIG Fixed Annuity (IRA) | B | Interest | K | T | | | | | |
| 108. AIG Fixed Annuity (IRA) | A | Interest | J | T | | | | | |
| 109. Trust No. 1: (H) | | | | | | | | | |
| 110. - Morgan Stanley Active Assets Tax Free Trust | A | Interest | M | T | | | | | |
| 111. - stocks (H): | | | | | | | | | |
| 112. - Adient | A | Dividend | | | Sold | 05/05/17 | J | A | |
| 113. - Corning | B | Dividend | L | T | | | | | |
| 114. - Exxon Mobil | D | Dividend | N | T | | | | | |
| 115. - Honeywell | B | Dividend | L | T | | | | | |
| 116. - Insteel | A | Dividend | L | T | | | | | |
| 117. - Johnson Controls Intl | A | Dividend | J | T | | | | | |
| 118. - Koninklijke Phillips | A | Dividend | K | T | | | | | |
| 119. - Mallinckrodt | | None | | | Sold | 05/05/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - M & T Bank | C | Dividend | M | T | | | | | |
| 121. - Medtronic | A | Dividend | K | T | | | | | |
| 122. - Norfolk Southern | B | Dividend | M | T | | | | | |
| 123. - Pfizer | B | Dividend | K | T | | | | | |
| 124. - mutual funds (H): | | | | | | | | | |
| 125. - Federated Municipal High Yield Advantage A Fund | D | Int./Div. | N | T | | | | | |
| 126. - bonds (H): | | | | | | | | | |
| 127. - Bridgeport, CT '19 5.5 | D | Interest | M | T | | | | | |
| 128. - CT St Spl Tax '20 3.9 | B | Interest | L | T | | | | | |
| 129. - Miami-Dade County FL Sch. Bd. '17 4.0 | B | Interest | | | Matured | 05/01/17 | K | | |
| 130. - New York NY Prior Issues '17 5.0 | B | Interest | | | Matured | 08/01/17 | K | | |
| 131. - Penn. ST Higher ed. '18 5.0 | B | Interest | L | T | | | | | |
| 132. - Washington State mtr fuel '20 5.0 | B | Interest | L | T | | | | | |
| 133. Trust No. 2: (H) | | | | | | | | | |
| 134. - brokerage account No. 1 (H): | | | | | | | | | |
| 135. - Morgan Stanley Active Assets Tax Free Trust | E | Interest | O | T | | | | | |
| 136. - stocks (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - 3M | C | Dividend | M | T | | | | | |
| 138. - Adobe Systems | | None | M | T | | | | | |
| 139. - Agilent | A | Dividend | K | T | | | | | |
| 140. - American Express | B | Dividend | M | T | | | | | |
| 141. - Automatic Data Processing | C | Dividend | M | T | | | | | |
| 142. - Baxter Int'l | C | Dividend | N | T | | | | | |
| 143. - Becton Dickinson | C | Dividend | N | T | Sold (part) | 05/05/17 | L | F | |
| 144. - CDK Global | A | Dividend | K | T | Spinoff (from line 141) | 06/30/17 | K | | |
| 145. - Cigna | A | Dividend | N | T | Sold (part) | 05/05/17 | K | E | |
| 146. - Dominion Resources | D | Dividend | M | T | | | | | |
| 147. - Edwards Life Resources | | None | M | T | | | | | |
| 148. - Emerson Electric | B | Dividend | L | T | | | | | |
| 149. - Express Scripts | | None | K | T | | | | | |
| 150. - General Mills | D | Dividend | M | T | | | | | |
| 151. - Home Depotd | D | Dividend | O | T | Sold (part) | 05/05/17 | L | F | |
| 152. - Intel | C | Dividend | M | T | | | | | |
| 153. - IBM | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Keysight Technologies | | None | K | T | Buy | 03/31/17 | K | | |
| 155. - McDonalds | C | Dividend | M | T | | | | | |
| 156. - Microsoft | D | Dividend | N | T | | | | | |
| 157. - Procter & Gamble | C | Dividend | L | T | | | | | |
| 158. - RPM Int'l | D | Dividend | N | T | Sold (part) | 05/05/17 | J | | |
| 159. - Shire | A | Dividend | M | T | | | | | |
| 160. - Travelers | B | Dividend | L | T | | | | | |
| 161. - T Rowe Price | B | Dividend | L | T | | | | | |
| 162. - Weyerhauser | C | Dividend | K | T | | | | | |
| 163. - bonds (H): | | | | | | | | | |
| 164. - Baltimore MD '22 5.0 | | None | L | T | Buy | 06/02/17 | K | | |
| 165. - Brainard Minn '21 1.75 | | None | K | T | Buy | 08/04/17 | K | | |
| 166. - Cape Coral FL '40 6.0 | C | Interest | M | T | Buy | 02/23/17 | M | | |
| 167. - Carbon Cnty PA '20 5.0 | B | Interest | L | T | | | | | |
| 168. - Clark County Nev '17 3.0b | B | Interest | | | Matured | 07/03/17 | K | | |
| 169. - Cromwell CT '20 4.0 | B | Interest | L | T | | | | | |
| 170. - CT Health & Ed '17 5.0 | | None | | | Matured | 07/03/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Delton Kellogg MY Sch '22 4.0 | B | Interest | L | T | Buy | 04/07/17 | L | | |
| 172. - Guilford CT '18 3.0 | B | Interest | | | Redeemed | 11/01/17 | K | | |
| 173. - FYI PPTYS Wash. Lease '18 5.0 | B | Interest | K | T | | | | | |
| 174. - Harrison NJ '20 3.0B | B | Interest | L | T | | | | | |
| 175. - Hartford County '18 3.5 | A | Interest | | | Redeemed | 06/01/17 | K | A | |
| 176. - Indiana St Fin '19 5.0 | C | Interest | L | T | | | | | |
| 177. - Morgan Stanley Active AssetsTax Free Trust | E | Interest | O | S | | | | | |
| 178. - New York City Turst for Cultural Reserve '21 5.0b | B | Interest | K | T | | | | | |
| 179. - New York ST Urban Dev '19 5.50 | C | Interest | L | T | | | | | |
| 180. - N.Y. Dorm. Auth. '17 5.0 | B | Interest | | | Matured | 02/15/17 | K | | |
| 181. - Oklahoma '19 5.0 | B | Interest | L | T | Buy | 06/02/17 | L | | |
| 182. - Tampa FL '18 4.0B | B | Interest | K | T | | | | | |
| 183. - Southington CT '18 3.5 | B | Interest | | | Redeemed | 09/01/17 | K | | |
| 184. - Vancouver Wash. '22 5.0 | | None | L | T | Buy | 08/14/17 | L | | |
| 185. - Washington Health '23 5.25 | C | Interest | L | T | | | | | |
| 186. - West Orange NY '22 2.0 | | None | L | T | Buy | 04/07/17 | L | | |
| 187. - brokerage account No. 2 (H): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Mongan Stanley, New Haven, CT Money Market Acct. | A | Interest | K | T | | | | | |
| 189. - stocks (H): | | | | | | | | | |
| 190. - Abbott Labs | A | Dividend | J | T | | | | | |
| 191. - Abbvie | A | Dividend | J | T | Sold (part) | 03/10/17 | J | A | |
| 192. - Air Products | A | Dividend | J | T | | | | | |
| 193. - Alphabet Inc. | | None | J | T | | | | | |
| 194. - American Express | A | Dividend | J | T | | | | | |
| 195. - Anheuser Busch | A | Dividend | J | T | Buy (add'l) | 12/29/17 | J | | |
| 196. - Apple | A | Dividend | J | T | | | | | |
| 197. - ASML Holding | A | Dividend | J | T | | | | | |
| 198. - Automatic Data Processing | A | Dividend | J | T | | | | | |
| 199. - Blackrock | A | Dividend | J | T | | | | | |
| 200. - CDN Pacific RY | A | Dividend | J | T | | | | | |
| 201. - Celgene | | None | | | Sold | 10/20/17 | J | A | |
| 202. - Chevron | A | Dividend | J | T | Sold (part) | 03/10/17 | J | A | |
| 203. - Chubb | A | Dividend | J | T | Buy (add'l) | 03/10/17 | J | | |
| 204. - Coca-cola | A | Dividend | J | T | Sold (part) | 03/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Comcast | A | Dividend | J | T | Buy (add'l) | 03/10/17 | J | | |
| 206.  - Conoco | A | Dividend | J | T | Sold (part) | 09/13/17 | J | | |
| 207.  - Constellation Brands | A | Dividend | J | T | Buy (add'l) | 03/10/17 | J | | |
| 208.  - Estee Lauder | A | Dividend | J | T | | | | | |
| 209.  - Exxon Mobil | A | Dividend | J | T | Sold (part) | 03/10/17 | J | A | |
| 210.  - Facebook | | None | J | T | Buy (add'l) | 09/13/17 | J | | |
| 211.  - Gilead Science | | None | | | Sold | 03/10/17 | J | | |
| 212.  - Intercontinental Exchange Group | A | Dividend | J | T | | | | | |
| 213.  - Intuitive Surgical | | None | J | T | Buy (add'l) | 12/29/17 | J | | |
| 214.  - JP Morgan Chase | A | Dividend | J | T | | | | | |
| 215.  - McDonalds | A | Dividend | J | T | | | | | |
| 216.  - Microsoft | A | Dividend | J | T | Buy (add'l) | 03/10/17 | J | | |
| 217. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 218.  - Nestle | A | Dividend | J | T | | | | | |
| 219.  - Nike | A | Dividend | J | T | | | | | |
| 220.  - Novartis | A | Dividend | J | T | | | | | |
| 221.  - Novo-Nordisk | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Occidental Petroleum | A | Dividend | | | Sold | 09/13/17 | J | | |
| 223.  - Oracle | A | Dividend | J | T | | | | | |
| 224.  - Pepsico | A | Dividend | J | T | | | | | |
| 225.  - Phillip Morris | A | Dividend | J | T | | | | | |
| 226.  - Praxair | A | Dividend | J | T | | | | | |
| 227.  - Procter & Gamble | A | Dividend | J | T | | | | | |
| 228.  - Roche Holding | A | Dividend | J | T | Buy (add'l) | 12/29/17 | J | | |
| 229.  - State St. Corp. | A | Dividend | J | T | Buy (add'l) | 09/13/17 | J | | |
| 230.  - Target | A | Dividend | | | Sold | 04/18/17 | J | A | |
| 231.  - Texas Instruments | A | Dividend | J | T | | | | | |
| 232.  - Total | A | Dividend | J | T | | | | | |
| 233.  - Twenty-first Century Fox | A | Dividend | J | T | Sold (part) | 09/13/17 | J | A | |
| 234.  - Union Pacific | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 235.  - United Health | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 236.  - United Technologies | A | Dividend | J | T | | | | | |
| 237.  - Verisign | | None | | | Sold | 10/20/17 | J | A | |
| 238.  - Visa | A | Dividend | J | T | Buy (add'l) | 09/13/17 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - Walgreen | A | Dividend | J | T | | | | | |
| 240.  - Walt Disney | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 241.  - Wells Fargo | A | Dividend | J | T | Buy (add'l) | 09/14/17 | J | | |
| 242.  - Xilinx | A | Dividend | | | Sold | 03/10/17 | J | A | |
| 243.  - exchange traded and closed end funds (H): | | | | | | | | | |
| 244.  - Alerian MLP Exchange Traded Fund | C | Distribution | K | T | Buy (add'l) | 09/14/17 | J | | |
| 245. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 246.  - PowerShares Russell Midcap Pure Growth Fund | A | Dividend | K | T | | | | | |
| 247.  - PowerShares Russell Midcap Pure Value Fund | A | Dividend | K | T | | | | | |
| 248.  - SPDR Dow Jones Wilshire Int'l Real Est. Fund | A | Dividend | K | T | Buy (add'l) | 12/29/17 | J | | |
| 249.  - SPDR Nuveen Barclays Mun. Fund (see Part VIII) | A | Dividend | K | T | Buy (add'l) | 09/14/17 | J | | |
| 250. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 251.  -Vanguard TTL World Stk Index Fund | B | Dividend | L | T | | | | | |
| 252.  - mutual funds (H): | | | | | | | | | |
| 253.  - Brandes Emergins Markets I Fund | A | Dividend | K | T | | | | | |
| 254.  - Cohen & Steers Realty Fund | A | Dividend | K | T | Buy (add'l) | 09/14/17 | J | | |
| 255. | | | | | Buy (add'l) | 12/29/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Davis NY Venture Fund | | Dividend | K | T | Buy (add'l) | 09/14/17 | J | | |
| 257. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 258. - Franklin Conv. Sec. Adv. Fund | B | Dividend | K | T | Buy (add'l) | 12/29/17 | J | | |
| 259. - Invesco Premier Tx Exempt Inst. Fund | A | Dividend | K | T | | | | | |
| 260. - Invesco Small Cap Value Fund | A | Dividend | K | T | Buy (add'l) | 12/29/17 | J | | |
| 261. - JP Morgan Dynamic Sm Cp Gr Sel Fund | C | Distribution | K | T | | | | | |
| 262. - Legg Mason WA Emerg. Mkt. Debt I Fund | B | Dividend | K | T | Buy (add'l) | 09/14/17 | J | | |
| 263. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 264. - Mainstay Large Cap Grw I Fund | D | Distribution | K | T | Buy (add'l) | 12/29/17 | J | | |
| 265. - Mainstay Marketfield I Fund | | None | K | T | | | | | |
| 266. - Nuveen limited term muni bond I Fund | B | Dividend | L | T | Buy (add'l) | 09/14/17 | J | | |
| 267. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 268. - Oppenheimer Int'l Bond Y Fund | A | Dividend | K | T | Buy (add'l) | 09/14/17 | J | | |
| 269. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 270. - Prudential Jennison Mid Cap GW Z Fund | A | Dividend | K | T | | | | | |
| 271. - Trust No. 3: (H) | | | | | | | | | |
| 272. - brokerage account No. 1 (H): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Morgan Stanley Active Assets Tax Free Trust | C | Interest | O | T | | | | | |
| 274. - stocks (H): | | | | | | | | | |
| 275. - 3M Co. | D | Dividend | M | T | | | | | |
| 276. - Air Products | C | Dividend | M | T | | | | | |
| 277. - Apache | A | Dividend | | | Sold | 05/05/17 | L | | |
| 278. - Apple | B | Dividend | M | T | | | | | |
| 279. - Danaher | A | Dividend | L | T | | | | | |
| 280. - Fortive | A | Dividend | K | T | | | | | |
| 281. - Johnson & Johnson | C | Dividend | L | T | | | | | |
| 282. - Versum | A | Dividend | J | T | | | | | |
| 283. - bonds (H): | | | | | | | | | |
| 284. - Bay County FL School '18 3.5 | B | Interest | L | T | | | | | |
| 285. - CT Higher Ed. '17 3.85 | C | Interest | | | Redeemed (part) | 01/07/17 | J | | |
| 286. | | | | | Redeemed (part) | 04/12/17 | J | | |
| 287. | | | | | Redeemed | 11/15/17 | K | | |
| 288. - Griswold '18 3.0 | B | Interest | L | T | | | | | |
| 289. - Janesville Wis. Sch. '19 4.125 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - N.J. Transp. '17 5.0 | B | Interest | | | Matured | 12/15/17 | K | | |
| 291. - Okla. Water Resources '19 5.0 | B | Interest | L | T | | | | | |
| 292. - San Buenaventura CA water '17 4.0 | B | Interest | | | Matured | 01/03/17 | K | | |
| 293. - Southington CT '18 3.5 | | Interest | | | Redeemed | 09/01/17 | K | | |
| 294. - brokerage account No. 2 (H): | | | | | | | | | |
| 295. - Morgan Stanley Active Assets Tax Free Trust | C | Interest | M | T | | | | | |
| 296. - stocks (H): | | | | | | | | | |
| 297. - AIA Group | | None | | | Sold (part) | 02/02/17 | J | A | |
| 298. | | | | | Sold | 05/08/17 | J | B | |
| 299. - Air Liquide | | None | | | Sold (part) | 02/02/17 | J | | |
| 300. | | | | | Sold | 05/08/17 | J | A | |
| 301. - Alfa Laval | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 302. | | | | | Sold | 05/08/17 | J | A | |
| 303. - Allianz | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 304. | | | | | Sold | 05/08/17 | J | A | |
| 305. - American Express | A | Dividend | J | T | Sold (part) | 01/03/17 | J | A | |
| 306. - Annaly Capital Mnmgt | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Aspen | | None | | | Sold (part) | 02/02/17 | J | A | |
| 308. | | | | | Sold | 05/08/17 | J | | |
| 309. - Atlas Copco | A | Dividend | | | Sold (part) | 01/10/17 | J | A | |
| 310. | | | | | Sold (part) | 02/02/17 | J | A | |
| 311. | | | | | Sold | 05/08/17 | J | A | |
| 312. - Baidu | | None | | | Sold (part) | 02/02/17 | J | | |
| 313. | | | | | Sold | 05/08/17 | J | A | |
| 314. - Banco Bilbao | A | Dividend | | | Sold (part) | 02/02/17 | J | | |
| 315. | | | | | Sold | 05/08/17 | J | A | |
| 316. - Bayer | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 317. | | | | | Sold | 05/08/17 | J | A | |
| 318. - Bayerische Motore Werke | A | Dividend | | | Sold (part) | 02/02/17 | J | | |
| 319. | | | | | Sold | 05/08/17 | J | A | |
| 320. - BBA Aviation | A | Dividend | | | Sold | 05/08/17 | J | A | |
| 321. - Bunge | A | Dividend | | | Sold | 04/05/17 | J | A | |
| 322. - Canadian National Ry. | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 323. | | | | | Sold | 05/08/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Charles Schwab | A | Dividend | | | Sold | 02/02/17 | J | B | |
| 325. - Checkpoint | | None | | | Buy (add'l) | 01/20/17 | J | | |
| 326. | | | | | Sold | 05/08/17 | J | A | |
| 327. - Cisco | A | Dividend | J | T | | | | | |
| 328. - Conoco Phllips | A | Dividend | J | T | Buy (add'l) | 03/24/17 | J | | |
| 329. - CSL Ltd. | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 330. | | | | | Sold | 05/08/17 | J | A | |
| 331. - CVS Health | A | Dividend | J | T | Buy (add'l) | 02/02/17 | J | | |
| 332. | | | | | Buy (add'l) | 03/08/17 | J | | |
| 333. - Dassault Systems | | Dividend | | | Sold (part) | 02/02/17 | J | B | |
| 334. | | | | | Sold | 05/08/17 | J | | |
| 335. - DBS Group | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 336. | | | | | Sold | 05/08/17 | J | | |
| 337. - Diamond Offshore Drilling | | None | J | T | Buy (add'l) | 02/02/17 | J | | |
| 338. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 339. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 340. - Ebay | | None | J | T | Sold (part) | 04/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Exelon | A | Dividend | J | T | Buy (add'l) | 05/08/17 | J | | |
| 342. - Express Scripts | | Dividend | | | Sold | 03/08/17 | J | | |
| 343. - Exxon Mobil | A | Dividend | J | T | | | | | |
| 344. - Fanuc Ltd. | A | Dividend | | | Sold (part) | 01/04/17 | J | A | |
| 345. | | | | | Sold (part) | 02/02/17 | J | A | |
| 346. | | | | | Sold | 05/08/17 | J | A | |
| 347. - Franklin Resiources | A | Dividend | J | T | | | | | |
| 348. - Fresenius Medical Care | | None | | | Sold (part) | 02/02/17 | J | A | |
| 349. | | | | | Sold | 05/07/17 | J | A | |
| 350. - Fuchs Petrolub | A | Dividend | | | Sold (part) | 02/02/17 | J | | |
| 351. | | | | | Sold | 05/08/17 | J | A | |
| 352. - Glaxo Smith Kline | A | Dividend | J | T | | | | | |
| 353. - Grifols S.A. | | None | | | Sold (part) | 02/02/17 | J | | |
| 354. | | | | | Sold | 05/08/17 | J | A | |
| 355. - Grupo Financiero | A | Dividend | | | Buy | 01/30/17 | J | | |
| 356. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 357. | | | | | Sold | 05/08/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Grupo Televisa | | None | | | Sold (part) | 02/02/17 | J | | |
| 359. | | | | | Sold | 05/08/17 | J | | |
| 360. - Honda | A | Dividend | J | T | | | | | |
| 361. - Icici Bank | | None | | | Sold (part) | 02/02/17 | J | A | |
| 362. | | | | | Sold | 05/08/17 | J | A | |
| 363. - HSBC Holdings | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 364. | | | | | Sold | 05/08/17 | J | | |
| 365. - Itau Unibanco | | None | | | Sold (part) | 02/02/17 | J | | |
| 366. | | | | | Sold | 05/08/17 | J | A | |
| 367. - JGC | A | Dividend | | | Sold (part) | 02/02/17 | J | | |
| 368. | | | | | Sold | 05/08/17 | J | | |
| 369. - Johnson & Johnson | A | Dividend | J | T | Sold (part) | 07/18/17 | J | | |
| 370. - Kroger | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 371. - Kubota | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 372. | | | | | Sold | 05/08/17 | J | A | |
| 373. -Linde AG | | None | | | Sold (part) | 02/02/17 | J | | |
| 374. | | | | | Sold | 05/08/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - L'Oreal | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 376. | | | | | Sold | 05/08/17 | J | A | |
| 377. - LVMH Moet | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 378. | | | | | Sold | 05/08/17 | J | A | |
| 379. - Lowes | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 380. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 381. - Mack Cali Realty | A | Dividend | J | T | | | | | |
| 382. - McKesson | A | Dividend | J | T | Buy (add'l) | 03/08/17 | J | | |
| 383. - Medtronic | A | Dividend | J | T | | | | | |
| 384. - Microsoft | A | Dividend | J | T | Sold (part) | 07/18/17 | J | B | |
| 385. | | | | | Sold (part) | 09/01/17 | J | C | |
| 386. - Mitsubishi | A | Dividend | | | Sold (part) | 02/02/17 | J | | |
| 387. | | | | | Sold | 05/08/17 | J | | |
| 388. - Monotaro | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 389. | | | | | Sold | 05/08/17 | J | A | |
| 390. - Naspers Ltd. | | None | | | Sold (part) | 02/02/17 | J | A | |
| 391. | | | | | Sold | 05/08/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392.  - Nestle | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 393. | | | | | Sold | 05/08/17 | J | A | |
| 394.  - Park24 | A | Dividend | | | Sold (part) | 02/02/17 | J | | |
| 395. | | | | | Sold | 05/08/17 | J | A | |
| 396.  - Pepsico | A | Dividend | J | T | Sold (part) | 03/13/17 | J | B | |
| 397.  - PNC Funancial | A | Dividend | J | T | Sold (part) | 10/03/17 | J | A | |
| 398.  - PPG | A | Dividend | J | T | | | | | |
| 399.  - Procter & Gamble | A | Dividend | J | T | Sold (part) | 02/02/17 | J | B | |
| 400.  - Qualcomm | | None | J | T | | | | | |
| 401.  - Roche | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 402. | | | | | Sold | 05/08/17 | J | A | |
| 403.  - Royal Dutch Shell | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 404. | | | | | Sold | 05/08/17 | J | A | |
| 405.  - SAP Ag | | None | | | Sold (part) | 02/02/17 | J | A | |
| 406. | | | | | Buy (add'l) | 03/30/17 | J | | |
| 407. | | | | | Sold | 05/08/17 | J | A | |
| 408.  - Sasol | A | Dividend | | | Sold (part) | 02/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 05/08/17 | J | | |
| 410.  - Schlumberger | A | Dividend | J | T | Sold (part) | 02/02/17 | J | A | |
| 411. | | | | | Sold | 05/08/17 | J | A | |
| 412. | | | | | Buy | 11/29/17 | J | | |
| 413.  - Shire | A | Dividend | | | Sold (part) | 02/02/17 | J | | |
| 414. | | | | | Sold | 05/08/17 | J | A | |
| 415.  - Sonova | | None | | | Sold (part) | 02/02/17 | J | A | |
| 416. | | | | | Sold | 05/08/17 | J | A | |
| 417.  - Suntrust | A | Dividend | J | T | Sold (part) | 03/15/17 | J | C | |
| 418. | | | | | Buy (add'l) | 03/21/17 | J | | |
| 419. | | | | | Buy (add'l) | 01/19/17 | J | | |
| 420.  - Symrise | | None | | | Sold (part) | 02/02/17 | J | A | |
| 421. | | | | | Sold | 05/08/17 | J | A | |
| 422.  - Sysmex | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 423. | | | | | Sold | 05/08/17 | J | A | |
| 424.  - Taiwan Semiconductor | A | Dividend | J | T | Sold (part) | 05/08/17 | J | A | |
| 425. | | | | | Sold (part) | 11/01/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. - Target | A | Dividend | J | T | Buy (add'l) | 02/02/17 | J | | |
| 427. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 428. - Tenaris | | None | | | Sold | 05/08/17 | J | A | |
| 429. - Torchmark | A | Dividend | J | T | | | | | |
| 430. - Traveelers | A | Dividend | J | T | Buy | 05/11/17 | J | | |
| 431. - Turkiye Garantu Bankasi | A | Dividend | | | Sold (part) | 02/02/17 | J | | |
| 432. | | | | | Sold | 05/08/17 | J | | |
| 433. - US Bancorp | A | Dividend | J | T | Sold (part) | 03/15/17 | J | B | |
| 434. - Unilever NV NY | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 435. | | | | | Sold | 05/08/17 | J | A | |
| 436. - United Parcel | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 437. - Verizon | A | Dividend | J | T | Buy (add'l) | 02/08/17 | J | | |
| 438. - Wal-Mart | A | Dividend | J | T | Sold (part) | 03/14/17 | J | A | |
| 439. | | | | | Sold (part) | 11/17/17 | J | C | |
| 440. - Wells Fargo | A | Dividend | J | T | Sold (part) | 03/14/17 | J | A | |
| 441. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 442. - Whole Foods Markets | A | Dividend | | | Sold | 06/16/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443.  - WPP PLC | | None | | | Sold (part) | 02/02/17 | J | A | |
| 444. | | | | | Sold | 05/08/17 | J | A | |
| 445.  - Exchange Traded & Closed End Funds: (H) | | | | | | | | | |
| 446.  - Deutsche X-Trackers MSCI Fund | D | Dividend | M | T | Buy | 02/02/17 | L | | |
| 447. | | | | | Buy (add'l) | 05/08/17 | L | | |
| 448.  - IShares MSCI Small Cap Fund | | None | K | T | | | | | |
| 449.  - Ishares JP Morgan EM bond Fund | C | Dividend | L | T | Buy | 02/02/17 | L | | |
| 450.  - Mutual Funds (H): | | | | | | | | | |
| 451.  - Amerixcan Infl Lnkd Fund | B | Dividend | L | T | Buy | 05/08/17 | L | | |
| 452.  - Brandes Int'l small cap equity\ I Fund | B | Dividend | K | T | | | | | |
| 453.  - CRM Small Cap Value Inst. Fund | | None | | | Sold | 07/24/17 | M | | |
| 454.  - Franklin Fed. Intm. Trm. Tx. Fr. Adv. Fund | | None | M | T | | | | | |
| 455.  - Gabelli Equity Fund | B | Dividend | M | T | | | | | |
| 456.  - Invesco Premier Fund | A | Dividend | K | T | | | | | |
| 457.  - Lord Abbett Conv. Fund | C | Dividend | M | T | | | | | |
| 458.  - Lord Abbett Emerg. Mkts. Currr.Fund | A | Dividend | | | Buy (add'l) | 01/05/17 | J | | |
| 459. | | | | | Sold | 02/02/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 52

Name of Person Reporting

Newman, Jon O.

Date of Report

08/09/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Nuance Mid Cap Value Fund | D | Dividend | M | T | Buy | 07/24/17 | M | | |
| 461. - Nuveen Ltd. Term Mun. Bond Fund | A | Dividend | L | T | | | | | |
| 462. - Oppenheimer Int'l Bond Fund | B | Dividend | L | T | | | | | |
| 463. - Pimco Real Return Fnd | | None | | | Sold | 05/08/17 | L | | |
| 464. - Thornburg Int'l Fund | | None | | | Sold | 02/02/17 | K | | |
| 465. -Tweedy Browne Fund | B | Dividend | L | T | | | | | |
| 466. - Trust No. 4: (H) | | | | | | | | | |
| 467. - brokerage account No. 1 (H): | | | | | | | | | |
| 468. - Morgan Stanley Active Assets Tax Free Trust | A | Int./Div. | N | T | | | | | |
| 469. - stocks (H): | | | | | | | | | |
| 470. - Apple | B | Dividend | L | T | | | | | |
| 471. - Automatic Data Processing | B | Dividend | K | T | | | | | |
| 472. - CDK Global | A | Dividend | J | T | | | | | |
| 473. - Danaher | A | Dividend | K | T | | | | | |
| 474. - Ecolab | B | Dividend | M | T | | | | | |
| 475. - Exxon Mobil | A | Dividend | | | Sold | 05/05/17 | K | | |
| 476. - Fortive | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. - Nike Class B | A | Dividend | L | T | | | | | |
| 478. - United Tchnologies | B | Dividend | L | T | | | | | |
| 479. - bonds (H): | | | | | | | | | |
| 480. - Kentucky St Prop '19 4.0 | B | Interest | L | T | | | | | |
| 481. - N.J. St Transp. '17 5.75 | B | Interest | | | Matured | 06/15/17 | K | | |
| 482. - Southington CT '18 35 | B | Interest | L | T | Redeemed (part) | 09/01/17 | K | | |
| 483. - U.S. Treasury '18 9.0 | B | Interest | J | T | | | | | |
| 484. - brokerage account No. 2 (H): | | | | | | | | | |
| 485. - Morgan Stanley Active Assets Tax Free Trust | A | Interest | J | T | | | | | |
| 486. - stocks (H): | | | | | | | | | |
| 487. - AIA Group | A | Dividend | J | T | | | | | |
| 488. - Air Liquide | A | Dividend | J | T | Buy (add'l) | 09/17/17 | J | | |
| 489. - Alfa Laval | A | Dividend | J | T | | | | | |
| 490. - Allergan | A | Dividend | J | T | | | | | |
| 491. - Allianz | A | Dividend | J | T | | | | | |
| 492. - AMC | | None | J | T | | | | | |
| 493. - Anadarko Petroleum | A | Dividend | | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 52

Name of Person Reporting

Newman, Jon O.

Date of Report

08/09/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.   - Anasys | | None | J | T | | | | | |
| 495.   - Aspen Pharmacare | A | Dividend | J | T | Buy | 10/12/17 | J | | |
| 496.   - AspenTechnology | | None | J | T | Sold (part) | 03/29/17 | J | A | |
| 497.   - Atlas Copco | A | Dividend | J | T | Sold (part) | 03/29/17 | J | A | |
| 498.   - Autodesk | | None | J | T | | | | | |
| 499.   - Baidu | | None | J | T | Sold (part) | 08/22/17 | J | A | |
| 500.   - Banco Bilbao | A | Dividend | J | T | | | | | |
| 501.   - Bank of the Ozaeks | A | Dividend | J | T | | | | | |
| 502.   - Bayer | A | Dividend | J | T | | | | | |
| 503.   - Bayerische Motoren Werke | A | Dividend | J | T | Sold (part) | 05/19/17 | J | A | |
| 504.   - BBA Aviation | A | Dividend | J | T | | | | | |
| 505.   - Berkley W.R. | A | Dividend | J | T | | | | | |
| 506.   - Biogen | | None | J | T | | | | | |
| 507.   - Bioverativ | | None | J | T | Buy | 12/08/17 | J | | |
| 508.   - Broadcom | A | Dividend | J | T | | | | | |
| 509.   - Bunge Ltd. | A | Dividend | | | Sold | 04/04/17 | J | A | |
| 510.   - Canadian Nat. Rya | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 52

Name of Person Reporting

Newman, Jon O.

Date of Report

08/09/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  - Carlisle | A | Dividend | J | T | | | | | |
| 512.  - CDW | A | Dividend | J | T | | | | | |
| 513.  - Check Point | | Dividend | J | T | Buy (add'l) | 01/20/17 | J | | |
| 514.  - Cheese Cake Factory | A | Dividend | J | T | Buy | 05/23/17 | J | | |
| 515.  - Citrix | | None | J | T | | | | | |
| 516.  - Comcast | A | Dividend | J | T | | | | | |
| 517.  - Cooper Co. | A | Dividend | J | T | | | | | |
| 518.  - Copart | | Dividend | J | T | Buy | 06/30/17 | J | | |
| 519. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 520.  - Core Labs | A | Dividend | J | T | | | | | |
| 521. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 522.  - Cotiviti | | Dividend | J | T | Buy | 03/31/17 | J | | |
| 523. | | | | | Buy (add'l) | 04/04/17 | J | | |
| 524. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 525.  - Cree | | None | J | T | | | | | |
| 526.  - CSL | A | Dividend | J | T | Sold (part) | 05/31/17 | J | A | |
| 527.  - Dassault | A | Dividend | J | T | Sold (part) | 06/28/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 52

Name of Person Reporting

Newman, Jon O.

Date of Report

08/09/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - DBS | A | Dividend | J | T | | | | | |
| 529. - Discovery Communications | | None | J | T | | | | | |
| 530. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 531. - Dolby | A | Dividend | J | T | | | | | |
| 532. - DrillQuip | | Dividend | J | T | | | | | |
| 533. - Equifax | A | Dividend | | | Sold | 09/08/17 | J | C | |
| 534. - Expeditors Int'l | A | Dividend | J | T | | | | | |
| 535. - Factset Research | A | Dividend | | | Sold | 06/29/17 | J | B | |
| 536. - Fanuc | A | Dividend | J | T | | | | | |
| 537. - Fastenal | A | Dividend | | | Sold | 06/22/17 | J | A | |
| 538. - Fluor | A | Dividend | J | T | | | | | |
| 539. | | | | | Buy (add'l) | 09/08/17 | J | | |
| 540. - Freeport McMoran | | None | J | T | | | | | |
| 541. - Fresenius | A | Dividend | J | T | | | | | |
| 542. - Fuchs Petrolub | A | Dividend | J | T | | | | | |
| 543. - Grifols S.A. | A | Dividend | J | T | | | | | |
| 544. - Grupo Financiero | A | Dividend | J | T | Buy | 01/30/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 546.  - Grupo Televisa | A | Dividend | | | Sold | 11/17/17 | J | | |
| 547.  - HDFC Bank | A | Dividend | J | T | Buy | 06/28/17 | J | | |
| 548.  - HSBC Holdings | A | Dividend | J | T | | | | | |
| 549.  - Icici | A | Dividend | J | T | | | | | |
| 550.  - Immunogen | | None | J | T | | | | | |
| 551.  - Infineon Technologies | | None | J | T | Buy | 05/30/17 | J | | |
| 552. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 553.  - Ionis Pharmaceuticals | | None | J | T | | | | | |
| 554.  - Itau Unibancoa | A | Dividend | J | T | | | | | |
| 555.  - Jack Henry | A | Dividend | J | T | Sold (part) | 07/07/17 | J | A | |
| 556.  - JGC | A | Dividend | J | T | | | | | |
| 557.  - Johnson Controls Intl | A | Dividend | J | T | | | | | |
| 558.  - Kubota | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 559.  - L'Oreal | A | Dividend | J | T | Sold (part) | 08/25/17 | J | A | |
| 560.  - L3 Comm. | A | Dividend | J | T | | | | | |
| 561.  - Landstar | A | Dividend | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 08/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Lennox Int'l | A | Dividend | J | T | Buy | 03/13/17 | J | | |
| 563. - Liberty Broadband | | None | J | T | | | | | |
| 564. - Liberty Interactive Co. Inter | | None | J | T | | | | | |
| 565. - Liberty Media | | None | J | T | Sold (part) | 07/19/17 | J | A | |
| 566. - Linde AG | A | Dividend | | | Sold | 09/22/17 | J | A | |
| 567. - Lions Gate | | None | J | T | Buy | 09/08/17 | J | | |
| 568. - Logmein | A | Dividend | J | T | Buy | 06/30/17 | J | | |
| 569. - LVMH Moet | A | Dividend | J | T | | | | | |
| 570. - Manhattan Assoc. | | None | J | T | Buy (add'l) | 10/25/17 | J | | |
| 571. - Medtronics | A | Dividend | J | T | | | | | |
| 572. - Mitsubishi | A | Dividend | J | T | | | | | |
| 573. - Monotaro | A | Dividend | J | T | | | | | |
| 574. - Monotype | A | Dividend | | | Sold | 08/31/17 | J | | |
| 575. - MSCI Inc Com | A | Dividend | J | T | Buy (add'l) | 03/13/17 | J | | |
| 576. - Naspers Ltd. | A | Dividend | J | T | | | | | |
| 577. - National Oilwell | A | Dividend | J | T | | | | | |
| 578. - Nestle | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. - Nordson | A | Dividend | J | T | | | | | |
| 580. - NOW Inc. | | None | J | T | | | | | |
| 581. - Nuance Comm. | | None | J | T | | | | | |
| 582. - Nucor | A | Dividend | J | T | | | | | |
| 583. - Park24 | A | Dividend | J | T | | | | | |
| 584. - Pentair | A | Dividend | J | T | | | | | |
| 585. - Pool Corp. | | None | J | T | Buy | 12/01/17 | J | | |
| 586. - Primerica | A | Dividend | J | T | | | | | |
| 587. - RBC Bearngs | | None | J | T | | | | | |
| 588. - Roche | A | Dividend | J | T | Sold (part) | 07/27/17 | J | A | |
| 589. - Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 590. - SAP AG | A | Dividend | J | T | Buy (add'l) | 03/30/17 | J | | |
| 591. | | | | | Sold (part) | 05/19/17 | J | A | |
| 592. - Sasol | A | Dividend | J | T | | | | | |
| 593. - Schlumberger | A | Dividend | J | T | | | | | |
| 594. - Seagate Tech. | A | Dividend | J | T | | | | | |
| 595. - Shire | A | Dividend | J | T | Buy (add'l) | 05/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 597. - Signature Bank | | None | J | T | Buy (add'l) | 06/13/17 | J | | |
| 598. - Snap-on | A | Dividend | J | T | Buy (add'l) | 05/22/17 | J | | |
| 599. - Sonova | A | Dividend | J | T | | | | | |
| 600. - Symrise | A | Dividend | J | T | | | | | |
| 601. - Sysmex | A | Dividend | J | T | | | | | |
| 602. - Taiwan Semiconductor | A | Dividend | J | T | | | | | |
| 603. - TE Connectivity | A | Dividend | J | T | | | | | |
| 604. - Tenaris | A | Dividend | J | T | Sold (part) | 02/08/17 | J | A | |
| 605. - Teradyne | A | Dividend | J | T | Buy | 08/04/17 | J | | |
| 606. - Tripadvisor | | None | | | Sold | 06/22/17 | J | | |
| 607. - Turkiye Garanti | A | Dividend | J | T | | | | | |
| 608. - Twitter | | None | J | T | Buy (add'l) | 03/22/17 | J | | |
| 609. - Unilever | A | Dividend | J | T | | | | | |
| 610. - United Health | A | Dividend | J | T | Sold (part) | 09/27/17 | J | D | |
| 611. - Vertex | | None | J | T | | | | | |
| 612. - Wabco Holdings | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - Watsco | A | Dividend | | | Sold | 03/14/17 | J | A | |
| 614. - Weatherford Int'l | | None | J | T | | | | | |
| 615. - Weibo | | None | J | T | Buy | 11/30/17 | J | | |
| 616. - Western Digital Corp. | A | Dividend | J | T | | | | | |
| 617. - WPP | A | Dividend | J | T | Sold (part) | 05/19/17 | J | A | |
| 618. | | | | | Sold (part) | 10/04/17 | J | A | |
| 619. - Wynn Resorts | A | Dividend | J | T | | | | | |
| 620. - Exchange Traded Closed End Funds (H): | | | | | | | | | |
| 621. - Ishares MSCI EAFE Value Fund | B | Dividend | K | T | | | | | |
| 622. - Ishares Russell 3000 Fund | A | Dividend | K | T | | | | | |
| 623. - Mutual funds (H): | | | | | | | | | |
| 624. - Alliance Bernstein Global Bond Advisor Fund | A | Dividend | K | T | Buy (add'l) | 12/29/17 | J | | |
| 625. - Brandes Emerging Markets I Fund | A | Dividend | K | T | | | | | |
| 626. - Columbia Acorn Fund | A | Dividend | K | T | Buy (add'l) | 12/29/17 | J | | |
| 627. - Franklin Federated Intermediate-Term Tax Free Fund | | None | M | T | Buy | 12/29/17 | J | | |
| 628. - Invesco Premier Tax Exempt | | Dividend | K | T | Buy (add'l) | 12/29/17 | J | | |
| 629. - Lateef Fund | | None | K | T | Sold (part) | 09/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 631. - Lord Abbett Conv. Funda | A | Dividend | K | T | | | | | |
| 632. - Lord Abbett Emer. Mkts. Fund | B | Dividend | K | T | Buy (add'l) | 12/29/17 | J | | |
| 633. - Pimco Real Return Fund | A | Dividend | K | T | Buy (add'l) | 12/29/17 | J | | |
| 634. - TCW Total Return Bond Fund | A | Dividend | K | T | Buy (add'l) | 12/29/17 | J | | |
| 635. - IRA consisting of Stocks and Corporate (H): Bonds: | | | | | | | | | |
| 636. - brokerage account No. 1 (H): | | | | | | | | | |
| 637. - Citibank Bank Deposit | A | Interest | K | T | | | | | |
| 638. - corporate bonds (H): | | | | | | | | | |
| 639. - municipal bonds (H): | | | | | | | | | |
| 640. - brokerage account No. 2 (H): | | | | | | | | | |
| 641. - Morgan Stanley, New Haven, CT liquid asset fund | A | Interest | J | T | | | | | |
| 642. - stocks (H): | | | | | | | | | |
| 643. - Abbvie | A | Dividend | J | T | | | | | |
| 644. - Aetna | A | Dividend | | | Sold | 12/13/17 | J | | |
| 645. - AIA Group | | None | | | Sold | 05/08/17 | J | B | |
| 646. - Air Liquide | | None | | | Sold | 05/08/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647.  - Alfa Laval | | None | | | Sold | 05/08/17 | J | A | |
| 648.  - Allianz | | None | | | Sold | 05/08/17 | J | A | |
| 649.  - Allstate | A | Dividend | J | T | Buy | 11/17/17 | J | | |
| 650.  - American Electric Power | A | Dividend | J | T | | | | | |
| 651.  - Amerixan Express | A | Dividend | J | T | | | | | |
| 652.  - Ameriprise Financial | A | Dividend | J | T | | | | | |
| 653.  - Anthem | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 654.  - Apache | A | Dividend | | | Buy (add'l) | 05/08/17 | J | | |
| 655. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 656. | | | | | Sold | 08/30/17 | J | | |
| 657.  - Apple | A | Dividend | J | T | | | | | |
| 658.  - Aspen | | None | | | Sold | 05/08/17 | J | | |
| 659.  - AT&T | A | Dividend | J | T | Buy (add'l) | 12/29/17 | J | | |
| 660.  - Atlas Copco | | None | | | Sold (part) | 01/10/17 | J | A | |
| 661. | | | | | Sold | 05/08/17 | J | A | |
| 662.  - Baidu | | None | | | Sold | 05/08/17 | J | A | |
| 663.  - Banco Bilbao | | None | | | Sold | 05/08/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - Bank of America | A | Dividend | J | T | Buy | 07/27/17 | J | | |
| 665. - Bayer | | None | | | Sold | 05/08/17 | J | A | |
| 666. - Bayerische Motoren Werke | | None | | | Sold | 05/08/17 | J | A | |
| 667. - BBA Aviation | | None | | | Sold | 05/08/17 | J | A | |
| 668. - BB&T | A | Dividend | J | T | Buy | 08/30/17 | J | | |
| 669. - Bunge | | None | | | Sold | 04/04/17 | J | A | |
| 670. - CA Inc. | | None | | | Sold | 05/09/17 | J | A | |
| 671. - Canadian National Ry. | | None | | | Sold | 05/08/17 | J | A | |
| 672. - Carnival | A | Distribution | J | T | Buy | 02/09/17 | J | | |
| 673. - CBS | | None | | | Sold | 11/22/17 | J | | |
| 674. - Celanese | | None | | | Sold | 03/29/17 | J | | |
| 675. - Check Point | | None | | | Buy (add'l) | 01/20/17 | J | | |
| 676. | | | | | Sold | 05/08/17 | J | A | |
| 677. - Chevron | A | Dividend | J | T | | | | | |
| 678. - Cisco | A | Dividend | J | T | | | | | |
| 679. - Citizens Financial | A | Dividend | J | T | Buy | 10/23/17 | J | | |
| 680. - Conoco Pillips | A | Dividend | J | T | Buy | 08/30/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.  - CSL | | None | | | Sold | 05/08/17 | J | B | |
| 682.  - Dassault Systems | | None | | | Sold | 05/08/17 | J | B | |
| 683.  - DBS Group | | None | | | Sold | 05/08/17 | J | A | |
| 684.  - Dr. Pepper Snapple Group | A | Dividend | J | T | Buy | 06/19/17 | J | | |
| 685.  - Eastman Chemical | A | Dividend | J | T | Buy | 03/28/17 | J | | |
| 686.  - Eaton | A | Dividend | J | T | | | | | |
| 687.  - Entergy | A | Dividend | J | T | | | | | |
| 688.  - Everest Re Group | A | Dividend | | | Buy | 05/01/17 | J | | |
| 689. | | | | | Sold (part) | 09/06/17 | J | | |
| 690. | | | | | Sold | 11/24/17 | J | | |
| 691.  - Exxon Mobil | A | Dividend | J | T | | | | | |
| 692.  - Fanuc | | None | | | Sold (part) | 01/04/17 | J | | |
| 693. | | | | | Sold | 05/08/17 | J | A | |
| 694.  - Fifth Third Bank | A | Dividend | | | Sold | 09/25/17 | J | B | |
| 695.  - Fluor | | None | | | Sold | 01/06/17 | J | A | |
| 696.  - Fresenius | | None | | | Sold | 05/08/17 | J | A | |
| 697.  - Fuchs Petrolub | | None | | | Sold | 05/08/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 698. - General Dynamics | A | Dividend | J | T | | | | | |
| 699. - General Motors | A | Dividend | J | T | | | | | |
| 700. - Grifols S.A. | | None | | | Sold | 05/08/17 | J | A | |
| 701. - Grupo Financiero | | None | | | Buy | 01/31/17 | J | | |
| 702. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 703. | | | | | Sold | 05/08/17 | J | | |
| 704. - Grupo Tekevisa | | None | | | Sold | 05/08/17 | J | A | |
| 705. - Hartford Fin. Serv. | | None | | | Sold | 04/24/17 | J | A | |
| 706. - Honeywell | A | Dividend | J | T | | | | | |
| 707. - HP Inc | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 708. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 709. - HSBC Holdings | | None | | | Sold | 05/08/17 | J | A | |
| 710. - IBM | | None | | | Sold | 07/27/17 | J | | |
| 711. - Icici Bank | | None | | | Sold | 05/08/17 | J | | |
| 712. - Ingredion | A | Int./Div. | J | T | Buy | 12/15/17 | J | | |
| 713. - Intel | A | Dividend | J | T | | | | | |
| 714. - International Paper | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - Itau | | None | | | Sold | 05/08/17 | J | A | |
| 716. - JGC | | None | | | Sold | 05/08/17 | J | | |
| 717. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 718. - JP Morgan Chase | A | Dividend | J | T | | | | | |
| 719. - Kansas City Southern | A | Dividend | J | T | Buy | 06/08/17 | J | | |
| 720. - Kubota | | None | | | Sold | 05/08/17 | J | A | |
| 721. - Lam Research | A | Distribution | J | T | Buy | 07/27/17 | J | | |
| 722. - L'Oreal | | None | | | Sold | 05/08/17 | J | B | |
| 723. - Linde AG | | None | | | Sold | 05/08/17 | J | A | |
| 724. - LVMH Moet | | None | | | Sold | 05/08/17 | J | A | |
| 725. - Mattel | | None | | | Sold | 02/09/17 | J | | |
| 726. - Medtronic | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 727. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 728. - Metlife | A | Dividend | J | T | | | | | |
| 729. - Mitsubishi | | None | | | Sold | 05/08/17 | J | A | |
| 730. - Monotaro | | None | | | Sold | 05/08/17 | J | A | |
| 731. - Morgan Stanley | A | Distribution | J | T | Buy | 03/06/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - Nabors | | None | | | Sold | 05/08/17 | J | | |
| 733. - Naspers | | None | | | Sold | 05/08/17 | J | A | |
| 734. - Nestle | | None | | | Sold | 05/08/17 | J | B | |
| 735. - Oracle | A | Dividend | J | T | | | | | |
| 736. - Park24 | | None | | | Sold | 05/08/17 | J | A | |
| 737. - Pfizer | A | Dividend | J | T | Sold (part) | 07/27/17 | J | A | |
| 738. - PNC Financial | | None | | | Sold | 08/30/17 | J | B | |
| 739. - Procter & Gamble | A | Dividend | J | T | Sold (part) | 10/23/17 | J | A | |
| 740. - Public Service Enterprise | A | Dividend | J | T | | | | | |
| 741. - Quest Diagnostics | A | Dividend | J | T | | | | | |
| 742. - Reinsurance Corp. of America | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 743. - Roche | | None | | | Sold | 05/08/17 | J | A | |
| 744. - Royal Dutch Shell | A | Dividend | J | T | Sold (part) | 05/08/17 | J | A | |
| 745. - Ryder Systems | | None | | | Sold | 06/08/17 | J | A | |
| 746. - Sanofi | | None | | | Buy | 10/23/17 | J | | |
| 747. | | | | | Sold | 12/14/17 | J | | |
| 748. - SAP | | None | | | Buy (add'l) | 03/30/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold | 05/08/17 | J | B | |
| 750.  - Sasol | | None | | | Sold | 05/08/17 | J | | |
| 751.  - Schlumberger | A | Dividend | J | T | Buy (add'l) | 05/08/17 | J | | |
| 752. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 753.  - Shire | | None | | | Sold | 05/08/17 | J | A | |
| 754.  - Sonova | | None | | | Sold | 05/08/17 | J | A | |
| 755.  - Suntrust | A | Dividend | J | T | Buy | 09/25/17 | J | | |
| 756.  - Symrise | | None | | | Sold | 05/08/17 | J | A | |
| 757.  - Sysmex | | None | | | Sold | 05/08/17 | J | A | |
| 758.  - Taiwan Semiconductors | | None | | | Sold | 05/08/17 | J | A | |
| 759.  - Tenaris | | None | | | Sold (part) | 02/08/17 | J | A | |
| 760. | | | | | Sold | 05/08/17 | J | A | |
| 761.  - Travelers | | None | | | Sold (part) | 03/06/17 | J | A | |
| 762. | | | | | Sold | 11/17/17 | J | A | |
| 763.  - Turkiye | | None | | | Sold | 05/08/17 | J | | |
| 764.  - Unilever PLC | | None | | | Sold | 05/08/17 | J | A | |
| 765.  - United Technologies | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - U.S. Bancorp | A | Dividend | J | T | | | | | |
| 767. - Verizon | A | Dividend | J | T | Buy (add'l) | 07/13/17 | J | | |
| 768. - VF Corp | A | Dividend | J | T | Buy | 11/22/17 | J | | |
| 769. - Walmart | A | Dividend | J | T | | | | | |
| 770. - Wells Fargo | A | Dividend | | | Sold | 10/23/17 | J | A | |
| 771. - WPP | | None | | | Sold | 05/08/17 | J | A | |
| 772. - Exchange Traded and Closed End Funds (H): | | | | | | | | | |
| 773. - Deutsche X-Trackers MSCI Fund | B | Dividend | L | T | Buy | 05/08/17 | L | | |
| 774. - Ishares Barclays 7-10 Year Treasury Fund | A | Dividend | L | T | Buy (add'l) | 07/13/17 | J | | |
| 775. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 776. - Ishares MSCI EAFE Index Fund | B | Dividend | K | T | Buy (add'l) | 05/08/17 | K | | |
| 777. - Ishares Russell 1000 Index Fund | B | Dividend | L | T | | | | | |
| 778. - Ishares Russell 1000 Value Fund | B | Dividend | L | T | | | | | |
| 779. - Ishares Russell 3000 Fund | B | Dividend | L | T | | | | | |
| 780. - Ishares Russell mid-cap Fund | A | Dividend | L | T | | | | | |
| 781. - Ishares TIPS Bond Fund | B | Dividend | K | T | Buy (add'l) | 07/13/17 | J | | |
| 782. | | | | | Buy (add'l) | 12/29/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. - SPDR DJ Wilshire Int'l Real Estate | B | Dividend | K | T | Buy (add'l) | 05/08/17 | J | | |
| 784. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 785. Vanguard Utilities Fund | C | Dividend | M | T | | | | | |
| 786. - Mutual Funds (H): | | | | | | | | | |
| 787. - Cohen & Steers Pref. Sec. & Inc. I | C | Dividend | M | T | Buy (add'l) | 07/13/17 | J | | |
| 788. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 789. - Guggenheim Total Return BD 1 Fund | B | Dividend | K | T | Buy | 05/08/17 | L | | |
| 790. - Invesco AIM ATST Premier Fund | A | Dividend | J | T | Buy (add'l) | 07/13/17 | J | | |
| 791. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 792. - Legg Mason Western Asset Emerging Markets Fund | C | Dividend | K | T | Buy (add'l) | 07/13/17 | J | | |
| 793. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 794. - Mainstay Marketfield I Fund | | None | K | T | | | | | |
| 795. - Oppenheimer Int'l Fund | B | Distribution | K | T | Buy (add'l) | 07/13/17 | J | | |
| 796. | | | | | Buy (add'l) | 12/29/17 | J | | |
| 797. - Pimco Total Return Fund | | None | | | Sold | 05/08/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**    Name of Person Reporting     Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-A The Devitt Award event occurred in December 2016. The cash award and the reimbursement for airfar and lodgins was received in January 2017 and for that reason is reflected on this 2017 report.

Part VII:

global: all entries have been listed alphabetically within separately numbered brokerage accounts and, within each account, grouped within categories labeled "stocks," "exchange traded and closed end funds," "mutual funds," and "bonds" as permitted according to advice received from committee staff.

Line 21: The caption of the header was been altered to be more accurate.

Line 26: This fund was incompletely named on the 2016 form. The full name now appears.

Line 70: This line has yellow collorinh for columns C(1) and (2) because the first transaction for this stock was "sold". However, the same stock was later bought as the next line shows. I have been instructed by staff to list the column C values oppposite the line with the name of the stock in this situation.

Line 511: This stock was misspelled as "Carliale" on the 2016 form.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jon O. Newman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544